# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

PERSIDA R. ORTIZ,

    Plaintiff,

UNITED STATES OF AMERICA,                      Case Number:
UNITEDHEALTHCARE INSURANCE COMPANY
and ROOT PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Defendants.

## CIVIL COMPLAINT

**NOW COMES** the Plaintiff, Persida R. Ortiz, by and through her attorneys, Hupy and Abraham, S.C., by Attorney Todd R. Korb, and as for her Complaint against the Defendant, alleges and shows to the Court as follows:

### JURISDICTION AND VENUE

1.    That this is a civil action or claim against the United States of America arising out of the Federal Tort Claims Act, 28 U.S. Code § 2674, and therefore this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1346.

2.    That the Plaintiff submitted proper notice and proof of her claim for injuries and damages to the United States Department of the Navy on October 25, 2024; that the United States Department of the Navy acknowledged this notice and proof of claim as received on October 30, 2024; that the United States Department of the Navy neither settled nor denied the Plaintiff's claim within six months of receipt of the notice and proof of claim; that the Plaintiff has hereby deemed this non-response a denial of her claim pursuant to 28 U.S.C. § 2675(a); and that therefore the

Plaintiff has exhausted her administrative remedies pursuant to 28 U.S.C. § 2401 and Fed. R. Civ. P. 9(c).

3. That the events causing the Plaintiff's injuries took place in the Village of Pleasant Prairie, County of Kenosha, Wisconsin, and therefore venue is present in the Eastern District of Wisconsin pursuant to 28 U.S.C. § 1391(b)(2) and 32 C.F.R. § 750.32.

## PARTIES

4. That the Plaintiff, Persida R. Ortiz, is an adult resident of the City and County of Kenosha, Wisconsin, currently residing at 7417 23rd Avenue, Zip Code 53143.

5. That the Defendant, United States of America, is amenable to suit under the provisions of the Federal Tort Claims Act, 28 U.S.C. § 1346(b); that pursuant to Fed. R. Civ. P. 4(i)(1)(A), service of process upon the Defendant, United States of America, shall be delivered to Acting United States Attorney for the Eastern District of Wisconsin, Richard G. Frohling, located at 517 East Wisconsin Avenue, Suite 530, Milwaukee, Wisconsin, Zip code 53202; that pursuant to Fed. R. Civ. P. 4(i)(1)(B), service of process upon the Defendant, United States of America, shall also be sent by registered or certified mail to the United States Attorney General, Pamela Bondi, located at 950 Pennsylvania Avenue Northwest, Washington, District of Columbia, Zip Code 20530; and that the Defendant, United States of America, employed and/or used as an agent Kevin D. Johnson at the time of the accident that occurred on or about October 9, 2023.

6. That the Defendant, UnitedHealthcare Insurance Company, is a foreign insurance company, organized and existing under the laws of Connecticut, with its principal place of business located at 185 Asylum Street, Hartford, Connecticut, Zip Code 06103; that the registered agent in Wisconsin for the Defendant, UnitedHealthcare Insurance Company, is CT Corporation System, located at 301 South Bedford Street, Suite One, Madison, Wisconsin, Zip Code 53703; and that

the Defendant, UnitedHealthcare Insurance Company, alleges to have paid out money on behalf of the Plaintiff, Persida R. Ortiz, and is therefore named as an alleged subrogated party in this action pursuant to Fed. R. Civ. P. 19 (a)(1)(B).

7. That the Defendant, UnitedHealthcare Insurance Company, is not entitled to reimbursement or subrogation.

8. That the Defendant, Root Property and Casualty Insurance Company, is a foreign insurance company, organized and existing under the laws of Ohio, with its principal place of business located at 80 East Rich Street, Suite 500, Columbus, Ohio, Zip Code 43215; that the registered agent in Wisconsin for the Defendant, Root Property and Casualty Insurance Company, is Corporation Service Company, located at 33 East Main Street, Suite 610, Madison, Wisconsin, Zip Code 53703; and that the Defendant, Root Property and Casualty Insurance Company, alleges to have paid out medical payment benefits on behalf of the Plaintiff, Persida R. Ortiz, and is therefore named as an alleged subrogated party in this action pursuant to and Fed. R. Civ. P. 19 (a)(1)(B).

9. That the Defendant, Root Property and Casualty Insurance Company, is not entitled to reimbursement or subrogation.

**CAUSE OF ACTION**

10. That on or about October 9, 2023, the Plaintiff, Persida R. Ortiz, was the operator of a motor vehicle, traveling northbound on County Highway H, at or near the intersection with Wisconsin State Trunk Highway 50, in the Village of Pleasant Prairie, County of Kenosha, Wisconsin; and that at that same time and place, Kevin D. Johnson, was the operator of a motor vehicle, also traveling northbound on County Highway H, when he negligently operated his motor

vehicle and collided with the motor vehicle operated by the Plaintiff, Persida R. Ortiz, thereby causing the Plaintiff's injuries and damages as hereafter described.

11. That the foregoing acts of negligence on the part of Kevin D. Johnson were the direct and proximate cause of the injuries and damages sustained by the Plaintiff, Persida R. Ortiz.

12. That, upon information and belief, the foregoing acts of negligence on the part of Kevin D. Johnson were committed while Kevin D. Johnson was acting in the course and scope of his employment and/or agency with the Defendant, United States of America.

13. That pursuant to 28 U.S.C. § 2674, the Defendant, United States of America, is liable for the negligence of Kevin D. Johnson.

14. That as a result of the foregoing acts of negligence on the part of Kevin D. Johnson, the Plaintiff, Persida R. Ortiz, sustained injuries to her body and suffered emotional distress; that she has suffered pain and may continue to suffer pain for an indefinite time in the future; that she was required to seek medical attention; that she may be required to seek additional and continued medical attention in the future and to expend large sums of money for said medical attention; that she was unable to maintain her employment for a period of time and may continue to be so restricted; that she sustained damages to her vehicle that required her to exhaust her deductible; and that she was unable to engage in her normal activities for a period of time, and may continue to be so restricted, all to her damage.

**WHEREFORE**, the Plaintiff, Persida R. Ortiz, demands Judgment against the Defendant in the following forms: for compensatory damages as the Court may deem just and equitable, together with costs and disbursements of this action, reasonable attorney's fees associated with this action, for dismissal of any and all subrogation or reimbursement claims in this matter, and any further relief the Court may deem just and equitable.

Dated this 18th day of November, 2025.

*By: Electronically signed by:*
Todd R. Korb
State Bar Number: 1026950
Attorney for Plaintiff, Patrice D. Boone
Hupy and Abraham, S.C.
111 East Kilbourn Avenue, Suite 1100
Milwaukee, Wisconsin 53202
Telephone: (414) 223-4800
Email: TKorb@hupy.com

5

Case 2:25-cv-01813-NJ    Filed 11/18/25    Page 5 of 5    Document 1